Certificate Number: 15111-PAE-DE-035977275

Bankruptcy Case Number: 21-12412



15111-PAE-DE-035977275

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 8, 2021, at 9:03 o'clock PM EDT, Debera D Bynum completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 8, 2021

By: /s/Ryan McDonough

Name: Ryan McDonough

Title: Executive Director of Education